**CITY OF INDEPENDENCE, Respondent,**

v.

**GHF, INC., Appellant.**

**No. WD 50465.**

Missouri Court of Appeals,
Western District.

Nov. 14, 1995.

Steven E. Mauer, Bryan Cave, L.L.P., Kansas City, William B. Moore, Counselor, Independence, for respondent.

Leonard L. Meyer, Independence, for appellant.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM.

This appeal is from the granting of summary judgment making absolute a permanent injunction against GHF to refrain from encroaching on an existing easement in favor of Independence for a water main. Rule 84.16(b).